IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAMERON MUTUAL INSURANCE
COMPANY                                                                                            PLAINTIFF

VS.                                              CASE NO. 11-CV-4051

STEVEN JOHNSON, *et al.*                                                                DEFENDANTS

## ORDER

Before the Court is a Motion for Voluntary Dismissal filed on behalf of Plaintiff Cameron Mutual Insurance Company. (ECF No. 115). Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff seeks to dismiss with prejudice its claims against Separate Defendants Steve Johnson, Joni Johnson, Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, and Pebbles Rodriguez. As to the remaining Defendants, Plaintiff seeks to dismiss its claims without prejudice. No objection to the dismissal has been filed by any party in this action. The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that good cause for the dismissal has been shown. Accordingly, the motion (ECF No. 115) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff's claims against Steve Johnson, Joni Johnson, Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, and Pebbles Rodriguez are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against the remaining Defendants are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 25th day of November, 2013.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge